129 F.3d 1254
 Borough of Edgewood, Hudie Evans, Bernard Robinson, Jay
Bush, Jean Davin, Regis Griffin, Chris Kefalos,
Joseph T. Young, James Yucas, Stephen Zelenko
v.
Henry Cisneros, as Secretary of U.S. Departmetn of Housing
and Urban Development, George Arendas, as Chairman of
Allegheny County Housing Authority, Allegheny Housing
Authority, Lawrence Dunn, as Commissioner of Allegheny
County, Robert Cranmer, as Commissioner of Allegheny County,
Michael Dawida, as Commissioner of Allegheny
 NO. 97-3154
 United States Court of Appeals,
Third Circuit.
 Sept 25, 1997
 
 Appeal From: W.D.Pa. ,No.96cv00775 ,
 Diamond, J.
 
 
 1
 Affirmed.